```
                            United States Bankruptcy Court
                            Northern District of Alabama
```

In re:                                                              Case No. 17-05162-TOM
Peggy E. Norman                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2          User: pbgray            Page 1 of 1            Date Rcvd: Jul 16, 2018
                              Form ID: pdf000         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.
db              +Peggy E. Norman,   267 Martin Drive,   Birmingham, AL 35215-1179

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 17 2018 02:27:48
                  Capital One Auto Finance, a division of Capital On,    P.O. Box 165028,    Irving, TX 75016-5028
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 17 2018 02:28:43
                  Capital One Auto Finance, a divison of Capital One,    4515 N Santa Fe Ave. Dept APS,
                  Oklahoma City, OK 73118-7901
cr              +E-mail/Text: bnc@bass-associates.com Jul 17 2018 02:13:00     United Consumer Financial Serv.,
                  Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
9577302         +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 17 2018 02:28:00
                  CAPITAL ONE AUTO FINANCE,   ATTN: BANKRUPTCY,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
9577303         +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 17 2018 02:27:09
                  CAPITAL ONE AUTO FINANCE,   3901 DALLAS PARKWAY,    PLANO TX 75093-7864
9577304         +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 17 2018 02:28:00
                  CAPITAL ONE AUTO FINANCE,   PO BOX 60511,   CITY OF INDUSTRY CA 91716-0511
9579586         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 17 2018 02:28:43
                  Capital One Auto Finance, a division,    of Capital One, N.A. c/o AIS,    Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
9577335         +E-mail/Text: EBankruptcy@UCFS.NET Jul 17 2018 02:17:27     UNITED CONSUMER FINANCIAL SVCS,
                  865 BASSETT RD,   WESTLAKE OH 44145-1194
9613506         +E-mail/Text: bnc@bass-associates.com Jul 17 2018 02:13:00
                  United Consumer Financial Services,   Bass & Associates, P.C.,
                  3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
              Bradford W. Caraway    ctmail@ch13bham.com, bhamch13@ecf.epiqsystems.com
              J. Suzanne Shinn    on behalf of Debtor Peggy E. Norman
               pn.igotnotices@gmail.com;bbrs.sort@gmail.com;bbrs.igotnotices@gmail.com;bbrs.sort2@gmail.com;aw.i
               gotnotices@gmail.com;bbrssort4@gmail.com;R62238@notify.bestcase.com;9382390420@filings.docketbird
               .com
              Jacob Pippin Mauldin    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               jmauldin@rubinlublin.com,
               lcaplan@rubinlublin.com;nbrown@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;jd
               abbs2@rubinlublin.com
              Robert D. Reese    on behalf of Debtor Peggy E. Norman
               pn.igotnotices@gmail.com;bbrs.sort@gmail.com;bbrs.igotnotices@gmail.com;bbrs.sort2@gmail.com;aw.i
               gotnotices@gmail.com;bbrssort4@gmail.com;R62238@notify.bestcase.com;9382390420@filings.docketbird
               .com
                                                                                              TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Peggy E. Norman } <br> SSN: XXX-XX-9300 } <br>   DEBTOR(S). } <br> } <br> } | **Case No: 17-05162-TOM13** |

## ORDER SUSTAINING

This matter came before the Court on Thursday, July 12, 2018 09:30 AM, for a hearing on the following:

1) RE: Doc #52; Debtor's Objection to Claim # 1 of Capital One Auto Finance in the amount of $16,002.81
2) RE: Doc #53; Debtor's Objection to Claim # 4 of United Consumer Financial Services in the amount of $955.50

Proper notice of the hearing was given and appearances were made by the following:
 Bradford W. Caraway (Trustee)
 Robert D. Reese, attorney for Peggy E. Norman (Debtor)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel and the pleadings, the Objections are Sustained and the balance of claim numbers 1 and 4 are Disallowed. The Claimants have 45 days from the date of possession to file a deficiency balance claim if one is asserted.

Further, in the event a deficiency balance claim is not filed timely and a discharge order is entered in this case, then the claimant's right to payment on any deficiency balance is hereby waived.

Dated: 07/16/2018

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge